ACCEPTED
02-17-00244-CR
SECOND COURT OF APPEALS
FORT WORTH, TEXAS
12/20/2017 2:42 PM
DEBRA SPISAK
CLERK

# COURT OF APPEALS
## 2ND DISTRICT OF TEXAS
## TARRANT COUNTY, TEXAS

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS

12/20/2017 2:42:47 PM

DEBRA SPISAK
Clerk

| | | |
|---|---|---|
| **ARTUR SIGALAVILLAVICENCIO** | § § § § | |
| **v.** | § | **No. 02-17-00244-CR** |
| | § § | |
| **THE STATE OF TEXAS** | § | |

_____

## SECOND MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT**:

NOW COMES ARTUR SIGALAVILLAVICENCIO, Appellant in the above-styled and numbered cause, by and through his attorney, Mike Berger, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 10.5(b) of the Texas Rules of Appellate Procedure, and for good cause shows the following:

### I.

This case is on appeal from Criminal District Court Number Four, Tarrant County, Texas. Appellant is serving a 50 year sentence in TDC.

## II.

The case below was styled "<u>The State of Texas v. Artur Sigalavillavicencio</u>", Cause Number 1451344D.

## III.

Final Judgment was entered on July 18th, 2017.

## IV.

Notice of Appeal was filed with the court on August 2nd, 2017.

## V.

The Reporter's record was filed on September 22nd, 2017.

## VI.

The appellate brief is due on December 22nd, 2017.

## VII.

One 60 day extension of time to file Appellant's brief has been requested in this case.

## VIII.

Appellant rely on the following facts as good cause for the requested extension: Appellant requests an extension of time of seven (7) days from the present deadline of December 22nd, 2017, to file his brief and for good cause would show

that his counsel, Mike Berger was and is involved in multiple hearings during the month of December 2017. In addition, the case has presented a complex and difficult constitutional point of error which is requiring some additional time to complete.

IX.

Because of the reasons stated above, Appellant requests additional time to prepare his brief.

X.

Mike Berger was appointed on this appeal on July 14th, 2017.

Based on these facts, Appellant requests that the due date of this appeal, which is currently December 22nd, 2017, be extended for seven (7) days to December 29th, 2017.

WHEREFORE PREMISES CONSIDERED, Appellant prays that this Court grant this Motion to Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

/s/ Mike Berger
michaelidf@aol.com
933 Weatherford #200
Fort Worth, Texas 76102
817/338-1500
817/338-1505 (fax)
SBOT # 02191900

Attorney for Artur Sigalavillavicencio

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was forwarded to all counsel of record via e-serve on the 20th day of December 2017.

/s/ Mike Berger

## CERTIFICATE OF CONFERENCE

On December 20th, 2017, Appellant's attorney, Mike Berger spoke with a representative of the Tarrant County Appellate Section who stated that the D.A.'s office is not opposed to this motion.

/s/ Mike Berger

# AFFIDAVIT

STATE OF TEXAS                    §

                                  §

COUNTY OF TARRANT                 §


ON THIS DAY personally appeared Mike Berger, who, after being placed under oath, stated the following:

"My name is Mike Berger and I am the attorney of record for ARTUR SIGALAVILLAVICENCIO and will be so at all material times relevant to this proceeding.

"I have read the Second Motion to Extend Time to File Appellants' Brief and every statement is within my personal knowledge and is true and correct."

_____
Mike Berger.

Sworn to and subscribed before me on ___December 20, 2017_____.

JOHN TERRENCE ECK
My Notary ID # 11894685
Expires March 3, 2020

_____
NOTARY PUBLIC

My Commission Expires: _____